UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Joah Manuel Feliz-Gomez

    v.                                                    Case No. 23-cv-163-LM

FCI Berlin, Warden

ORDER

     No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 28, 2023. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

     The clerk of court shall enter judgment and close the case.

     **So Ordered.**

                                                                          _____
                                                                         Landya B. McCafferty
                                                                         Chief Judge

Date: August 22, 2023

cc:   Joah Manuel Feliz-Gomez, pro se
       Raphael Katz, AUSA